**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1823**

IFTIKHAR H. SAIYED,

             Plaintiff - Appellant,

       v.

3-S NETWORK INC.,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:14-cv-00528-REP)

Submitted:  December 17, 2015       Decided:  December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Iftikhar H. Saiyed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iftikhar H. Saiyed appeals the district court's order dismissing, without prejudice to any state law claims Saiyed may have against Defendant 3-S Network Inc. ("3-S"), his civil action alleging 3-S wrongfully terminated his employment. We have reviewed the record and find no reversible error. Accordingly, we deny Saiyed's motion for appointment of counsel and affirm the district court's order. Saiyed v. 3-S Network Inc., No. 3:14-cv-00528-REP (E.D. Va. June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED